IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES W. MATHENA, 42413-080,**

    **Petitioner,**

v.

**WENDY J. ROAL, Warden,**
**USP Marion,**

    Respondent.                            Case No. 11-cv-1093-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

Before the Court is petitioner James W. Mathena's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner, currently incarcerated at USP Marion, challenges the execution of his sentence. Without commenting on the merits of petitioner's claims, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the Rules Governing Section 2254 Cases in United States District Courts.[1]

**IT IS HEREBY ORDERED** that respondent shall answer the petition or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the government from making whatever waiver, exhaustion, or timeliness arguments it may wish to

---

[1] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

Signed this 9th day of August, 2012.

Digitally signed by
David R. Herndon
Date: 2012.08.09
10:04:55 -05'00'

**Chief Judge**
**United States District Court**